# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-15-00010-CV

**Colleen Dickinson, Appellant**

**v.**

**Bruce Dana Hardesty, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-FM-13-006978, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## **O R D E R**

We withdraw the opinion and judgment in this appeal dated June 19, 2015, and reinstate this appeal.

This Court dismissed Colleen Dickinson's appeal because she did not timely file a brief, motion for extension of time to file the brief, or other response to our notice of late brief. In her motion for rehearing,[1] she explains that she needs the reporter's record to pursue her appeal and that the reporter has refused to prepare the record without advance payment. Dickinson filed an affidavit of indigence in the trial court after the judgment was signed and before she filed her

---

[1] Though styled a Verified Motion to Reinstate, we treat the motion as one for rehearing. *See In re Brookshire Grocery Co.*, 250 S.W.3d 66, 72 (Tex. 2008) (orig. proceeding); *see also* Tex. R. App. P. 49 (motions for rehearing).

notice of appeal. *See* Tex. R. App. P. 20.1(c)(1). In email correspondence attached to Dickinson's motion for rehearing, the court reporter states that she will contest Dickinson's assertion of indigence, but the time for challenging the affidavit has passed. *See id.* R. 20.1(e). Accordingly, the affidavit's allegations are deemed true and Dickinson can proceed without advance payment of costs. *See id*. R. 20.1(f), (k).

We grant Dickinson's motion for rehearing and order that the reporter's record be prepared by December 8, 2015. The 30-day period for filing appellant's brief will run from the date that the reporter's record is filed. *See id.* R. 38.6(a)(2).

It is ordered on November 6, 2015.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

2